UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DILSON ROBLEDO,
    Plaintiff,

v.                                          C.A. No. 13-604L

DAVID BENEVIDES, Correctional
Officer; ROBERT BATISTA,
Correctional Officer;
JAMES WEEDEN, Warden; A. T. WALL,
Director of the Adult
Correctional Facilities, in their
individual and official capacities,
    Defendants.

## ORDER

Plaintiff Dilson Robledo is incarcerated at Rhode Island's Adult Correctional Facilities ("ACI"). His Complaint, filed August 23, 2013, asserts, *inter alia*, that Defendant ACI Director Wall is liable for an alleged assault on Plaintiff because he promulgated the "use of force" policies that resulted in the incident.

Magistrate Judge Lincoln Almond recommended that the claims against Defendant Wall be dismissed in a Report and Recommendation issued on January 21, 2015 (ECF #33). There being no objection, the Report and Recommendation is hereby accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B). Defendant Wall is hereby dismissed from this case.

Therefore,

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge