UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


DILSON ROBLEDO,
        Plaintiff,

        v.                                    C.A. No. 13-604L

DAVID BENEVIDES, Correctional
Officer; ROBERT BATISTA,
Correctional Officer;
JAMES WEEDEN, Warden; A. T. WALL,
Director of the Adult
Correctional Facilities, in their
individual and official capacities,
        Defendants.


**ORDER**


        Plaintiff Dilson Robledo is incarcerated at Rhode Island's
Adult Correctional Facilities ("ACI").  His Complaint, filed
August 23, 2013, alleges that he was assaulted by the Defendant
correctional officers, and that his reports of the assault were
ignored by the prison's Warden, Defendant Weeden.  These
Defendants filed a motion for summary judgment.  Plaintiff, who
is representing himself, filed no response or objection to that
Motion.

        In reviewing Defendants' Motion, Magistrate Judge Lincoln
assumed that all the allegations in Plaintiff's Complaint were
true, affording Plaintiff all due leniency in consideration of
his *pro se* status.  See Ahmed v. Rosenblatt, 118 F.3d 886, 890
(1st Cir. 1997).  Nonetheless, in an Report and Recommendation
issued January 22, 2015 (ECF #32), Judge Almond concluded that
Plaintiff's Complaint did not support his claims of
constitutional or civil rights violations by Defendants.

Although Plaintiff has not objected to the Report and Recommendation, he has belatedly filed an objection to Defendants' motion for summary judgment. The Court has treated this response as a properly-filed objection to the Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(2). The Court has reviewed Plaintiff's objection, as well as the record and other submissions of the parties. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court hereby accepts and adopts the Report and Recommendation for the reasons set forth therein. Therefore, all claims against Defendants Benevides, Batista and Weeden are hereby dismissed. Because all claims against the remaining defendant, ACI Director A. T. Wall, have also been dismissed by order of this Court, this matter is terminated in its entirety.

Therefore,


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

March    , 2015